UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:06-cr-161-T-23MAP

JUSTIN A. BROWN

_____/

## ORDER

On January 23, 2007, the United States Probation Office filed a January 16, 2007, superseding petition for revocation of the defendant's supervised release (Doc. 25).* At the hearing on February 1, 2007, Assistant Federal Public Defender Laurel Moore represented the defendant and Assistant United States Attorney Kathy Peluso represented the United States.

The defendant admits committing the violations described in numbered paragraphs two, three, four, five, seven, and eight. The United States withdraws the charges described in paragraphs one and six. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release, and the defendant's term of supervised release is **REVOKED**.

---

* The defendant having pled guilty to count one of an indictment filed in the Northern District of West Virginia, United States District Judge Frederick P. Stamp, Jr., imposed a sentence on October 14, 2003, of fifteen months of imprisonment and thirty-six months of supervised release. On April 21, 2005, Judge Stamp revoked the defendant's supervised release and sentenced the defendant to eight months of imprisonment and twenty-eight months of supervised release. On July 21, 2006, this court revoked the defendant's supervised release and sentenced the defendant to four months of imprisonment and twenty-four months of supervised release with special conditions including twenty-four months of home detention and participation in a program for the treatment of drug and alcohol addiction or dependency.

In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to six (6) months of imprisonment with no supervised release to follow.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on _____February 2ND_____, 2007.

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
United States Probation
Counsel of Record